GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

PATRICIA M. NAPIER            3735-0
   pnapier@goodsill.com
STACY Y. MA                   10537-0
   sma@goodsill.com
ANDREW K. RECKTENWALD    10223-0
   arecktenwald@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
WALDORF=ASTORIA MANAGEMENT LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PETER A. IMBORNONE,<br>MARGARET IMBORNONE,<br><br>              Plaintiffs,<br><br>vs.<br><br>WALDORF=ASTORIA MANAGEMENT LLC, a foreign limited liability company, DOE CORPORATIONS 1-5, DOE ENTITIES 1-5, JOHN DOES 1-5, JANE DOES 1-5,<br><br>              Defendants. | CV 16-00618 ACK-KSC<br><br>**STIPULATION FOR COURT TO GRANT DEFENDANT WALDORF=ASTORIA MANAGEMENT LLC'S MOTION FOR SUMMARY JUDGMENT, FILED ON JUNE 6, 2018 [DKT 47]**<br><br>Trial Date: November 6, 2018<br>Judge:     Hon. Alan C. Kay |

7016827.1

### STIPULATION FOR COURT TO GRANT DEFENDANT WALDORF=ASTORIA MANAGEMENT LLC'S MOTION FOR SUMMARY JUDGMENT, FILED ON JUNE 6, 2018 [DKT 47]

IT IS HEREBY STIPULATED by and between Plaintiffs Peter A. Imbornone and Margaret Imbornone (collectively, "Plaintiffs") and Defendant Waldorf=Astoria Management LLC ("Waldorf"), by and through their respective counsel, that there are no genuine issues of material fact remaining in this case and the Motion for Summary Judgment filed by Waldorf on June 6, 2018 [Dkt 47] (the "Motion") should be granted.  The parties respectfully request that the Court issue an Order granting the Motion and entering summary judgment in favor of Waldorf and against Plaintiffs as to all counts and claims in Plaintiffs' First Amended Complaint, filed December 19, 2016.

DATED:  Honolulu, Hawaii, _Sep. 22_____, 2018.

_____
ANTHONY L. RANKEN

Attorney for Plaintiffs
PETER A. IMBORNONE
MARGARET IMBORNONE

DATED: Honolulu, Hawai'i, _9/26/_, 2018.

*Patricia M. Napier*
PATRICIA M. NAPIER
STACY Y. MA
ANDREW K. RECKTENWALD

Attorneys for Defendant
WALDORF=ASTORIA MANAGEMENT LLC

**Stipulation for Court to Grant Defendant Waldorf=Astoria Management LLC's Motion for Summary Judgment, filed on June 6, 2018 [Dkt 47]**
*Peter A. Imbornone and Margaret Imbornone v. Waldorf=Astoria Management LLC*, 16-cv-00618 -ACK-KSC, *United States District Court, D. Hawai'i*