GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

PATRICIA M. NAPIER            3735-0
    pnapier@goodsill.com
STACY Y. MA                   10537-0
    sma@goodsill.com
ANDREW K. RECKTENWALD10223-0
    arecktenwald@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
WALDORF=ASTORIA MANAGEMENT LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER A. IMBORNONE, MARGARET IMBORNONE,<br><br>            Plaintiffs,<br><br>vs.<br><br>WALDORF=ASTORIA MANAGEMENT LLC, a foreign limited liability company, DOE CORPORATIONS 1-5, DOE ENTITIES 1-5, JOHN DOES 1-5, JANE DOES 1-5,<br><br>            Defendants. | CV 16-00618 ACK-KSC<br><br>ORDER GRANTING DEFENDANT WALDORF=ASTORIA MANAGEMENT LLC'S MOTION FOR SUMMARY JUDGMENT, FILED ON JUNE 6, 2018 [DKT 47]<br><br>Date:       September 20, 2018<br>Time:      1:00 p.m.<br>Judge:     Hon. Alan C. Kay<br><br>Trial Date:  November 6, 2018 |

**ORDER GRANTING DEFENDANT WALDORF=ASTORIA**
**MANAGEMENT LLC'S MOTION FOR SUMMARY JUDGMENT,**
**FILED ON JUNE 6, 2018 [DKT 47]**

Defendant Waldorf=Astoria Management LLC's ("Waldorf") Motion

for Summary Judgment [Dkt 47] (the "Motion") came on for hearing before the

Honorable Alan C. Kay on September 20, 2018.  Anthony L. Ranken appeared on

behalf of Plaintiffs Peter Imbornone ("Dr. Imbornone") and Margaret Imbornone

("Mrs. Imbornone") (collectively, "Plaintiffs").  Patricia M. NaPier, Stacy Y. Ma,

and Andrew K. Recktenwald appeared on behalf of Waldorf.

At the outset of the hearing, counsel for Waldorf and counsel for

Plaintiffs advised the Court that the parties have reached a settlement, and further

advised the Court that, as a term of the settlement, the parties agreed to stipulate

that the Motion should be granted and that summary judgment should be entered in

favor of Waldorf and against Plaintiffs.  The Court instructed the parties to submit

a written stipulation to this effect, and the parties submitted a Stipulation for Court

to Grant Defendant Waldorf=Astoria Management LLC's Motion for Summary

Judgment, filed June 6, 2018 [Dkt 47] (the "Stipulation") on September 26, 2018

[Dkt 98].

In light of the Stipulation, IT IS HEREBY ORDERED, ADJUDGED,

AND DECREED that the Motion is GRANTED.  Summary judgment is hereby

entered in favor of Defendant Waldorf=Astoria Management LLC and against

Plaintiffs Peter Imbornone and Margaret Imbornone as to all claims and counts in

the First Amended Complaint, filed December 19, 2016.  There are no remaining

claims or parties.

IT IS SO ORDERED.

DATED:    Honolulu, Hawai'i, September 26, 2018



_____
Alan C. Kay
Sr. United States District Judge

*Peter A. Imbornone, et al. v. Waldorf=Astoria Management LLC*, CV 16-00618
ACK-KSC, **Order Granting Defendant Waldorf=Astoria Management LLC's
Motion for Summary Judgment, filed on June 6, 2018 [Dkt 47]**