AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| PETER A. IMBORNONE; MARGARET IMBORNONE<br><br>　　　Plaintiffs,<br><br>　　　V.<br><br>WALDORF=ASTORIA MANAGEMENT, LLC, a foreign limited liability company; DOE CORPORATIONS 1-5; DOE ENTITIES 1-5; JOHN DOES 1-5; JANE DOES 1-5<br><br>　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 16-00618 ACK-KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 26, 2018<br><br>At 1 o'clock and 18 min p.m.<br>SUE BEITIA, CLERK |

[ ]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Waldorf=Astoria Management, LLC and against Plaintiffs Peter Imbornone and Margaret Imbornone as to all claims and counts in the First Amended Complaint, filed December 19, 2016, pursuant to the "Order Granting Defendant Waldorf=Astoria Management LLC's Motion for Summary Judgment Filed on June 6, 2018, [Dkt 47]", filed September 26, 2018, ECF No. 99.

| September 26, 2018 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |